UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRIENDS OF THE FLORIDAS; NEW MEXICO WILDERNESS ALLIANCE; WILDEARTH GUARDIANS; GILA RESOURCES INFORMATION PROJECT; AMIGOS BRAVOS;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; WILLIAM CHILDRESS, in his official capacity as District Manager of the BLM Las Cruces District Office; DAVID WALLACE, in his official capacity as Assistant District Manager of the BLM Las Cruces District Office;<br><br>Defendants. | CaseNo.: 2:20-cv-00924-SMV-GBW |

## **D.N.M.LR-CIV. 83(a)(1) NOTICE CERTIFYING OUT-OF-DISTRICT ATTORNEY ROGER FLYNN**

Pursuant to D.N.M.LR-Civ. 83(a)(1), undersigned counsel for Plaintiffs, Samantha Ruscavage-Barz, hereby certifies that non-member attorney Roger Flynn is a member in good standing of the Bar of the State of Colorado (#21078), is also eligible to practice before the U.S. District Court for the District of Colorado, the federal Courts of Appeal for the Ninth and Tenth Circuits, and the U.S. Supreme Court, and has not been disciplined by any bar.  I am a member of the Bar of this Court, attorney of record for Plaintiffs in this case, and will continue in that role for the remainder of this case.

Respectfully submitted this 25th day of September 2020.

/s/ Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe Street, Ste. 201
Santa Fe, NM 87501
Tel: (505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE was served on all counsel of record through the Court's ECF system on this 25th day of September 2020.

s/ Samantha Ruscavage-Barz