IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRIENDS OF THE FLORIDAS; NEW MEXICO
WILDERNESS ALLIANCE; WILDEARTH
GUARDIANS; GILA RESOURCES
INFORMATION PROJECT; AMIGOS BRAVOS;

     Plaintiffs,

vs.                        No. CIV 20-0924-JB-GBW

UNITED STATES BUREAU OF LAND
MANAGEMENT; WILLIAM CHILDRESS,
in his official capacity as District Manager of the
BLM Las Cruces District Office;
DAVID WALLACE, in his official capacity as
Assistant District Manager of the BLM Las Cruces
District Office;

     Defendants,

AMERICAN MAGNESIUM, LLC;

     Defendant-Intervenor.

## **AMENDED ORDER**

THIS MATTER came before the Court on Federal Defendants' Unopposed Motion to Extend Briefing Schedule (Doc. 48). The Court finds the Motion is well taken and GRANTS the Motion.

IT IS ORDERED that the briefing scheduled is amended as follows:

1. Federal Defendants shall file their response brief on or before April 28, 2023.

2. Intervenor Defendant shall file its response brief on or before May 12, 2023.

3. Plaintiffs shall file their reply brief on or before June 5, 2023.

4. The hearing currently scheduled for June 7, 2023, will be rescheduled for July 12, 2023 at

9:00 a.m.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE