UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**FRIENDS OF THE FLORIDAS; NEW MEXICO WILDERNESS ALLIANCE; WILDEARTH GUARDIANS; GILA RESOURCES INFORMATION PROJECT; AMIGOS BRAVOS**

      **Plaintiffs,**      Case No: 2-20-cv-00924-JB-GBW

v.

**UNITED STATES BUREAU OF LAND MANANGEMENT; WILLIAM CHILDRESS,**
In his official capacity as District Manager of the BLM Las Cruces District Office;
**DAVID WALLACE, in his official capacity as** Assistant District Manager of the BLM Las Cruces District Office;

      **Defendants.**

### REQUEST FOR STATUS CONFERENCE

      **COMES NOW** American Magnesium, LLC, by and through undersigned counsel of record, and respectfully requests that the Court set a status conference in this matter.

      Respectfully submitted,

      DOMENICI LAW FIRM, P.C.
      */s/ Pete V. Domenici*
      Pete V. Domenici
      Lorraine Hollingsworth
      320 Gold Ave. SW, Ste. 1000
      Albuquerque, NM. 87102
      (505) 883-6250
      pdomenici@domenicilaw.com
      lhollingsworth@domenicilaw.com

I hereby certify that a true copy of the foregoing was served via the court ECF filing system to all counsel of record on this 21st day of February, 2024.

*/s/ Lorraine Hollingsworth*
Lorraine Hollingsworth