# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRIENDS OF THE FLORIDAS; NEW MEXICO WILDERNESS ALLIANCE; WILDEARTH GUARDIANS; GILA RESOURCES INFORMATION PROJECT; AMIGOS BRAVOS; | ) ) ) ) ) ) |
| Plaintiffs, | Case No.: 2:20-cv-00924-JB-GBW |
| vs. | ) ) ) ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT; WILLIAM CHILDRESS, in his official capacity as District Manager of the BLM Las Cruces District Office; DAVID WALLACE, in his official capacity as Assistant District Manager of the BLM Las Cruces District Office; | ) ) ) ) ) ) ) ) |
| Federal Defendants, | ) ) |
| AMERICAN MAGNESIUM, LLC; | ) ) |
| Defendant-Intervenor. | ) ) ) ) |

## JOINT NOTICE and REQUEST FOR REMOTE ATTENDANCE at MARCH 22, 2024 STATUS CONFERENCE

Pursuant to this Court's Order of March 12, 2024 (ECF No. 59), counsel for the Plaintiffs and Federal Defendants jointly provide this Notice and Request for remote attendance (via zoom) by Plaintiffs' lead counsel Roger Flynn, and Federal Defendants' lead counsel Shannon Boylan, at the Status Conference set for March 22, 2024.

If this Court intends to allow in-person attendance by other counsel for the parties at the Status Conference (in addition to the remote zoom appearance), the Plaintiffs and Federal Defendants request that representatives of the parties be allowed to attend in person as well as

via zoom (or other appropriate on-line viewing method as deemed appropriate by this Court).

Respectfully submitted this 18th day of March, 2024.

*/s/ Roger Flynn*
Roger Flynn (Colorado Bar # 21078)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*/s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz (NM Bar # 23276)
WILDEARTH GUARDIANS
301 N. Guadalupe St., Ste. 201
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*/s/ Sally A. Paez*
Sally A. Paez (NM Bar #26215)
NEW MEXICO WILDERNESS ALLIANCE
341 E. Alameda Street
Santa Fe, NM 87501
(505) 216-9719
sally@nmwild.org

*Attorneys for Petitioners/Plaintiffs*

*/s/ Shannon Boylan (with permission)*
Shannon Boylan
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 598-9584
shannon.boylan@usdoj.gov

Andrew A. Smith
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division

Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
505-224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants*

**Certificate of Service**

I, Roger Flynn, hereby attest that I served the foregoing on all parties by filing them with this Court's ECF filing system this 18th day of March, 2024.


*/s/ Roger Flynn*