UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.**   No. CIV 20-0924 JB/GBW   **DATE:** 3/22/2024

**TITLE:**   *Friends of the Floridas, et al v. United States Bureau of Land Management, et al.*

**COURTROOM CLERK:** L. Rotonda   **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   1:59 PM   **TOTAL TIME:**   0:05

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING/DISPOSITION:**   SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Roger Flynn

Shannon Boylan
Andrew Smith
Lorraine Hollingsworth

**PROCEEDINGS:**

**COURT IN SESSION: 1:59 PM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES.

EXPRESSES APPRECIATION TO COUNSEL FOR CONSENTING TO COURT CONDUCTING HEARING REMOTELY.

**MS. HOLLINGSWORTH:** ADDRESSES COURT REGARDING BASIS FOR REQUESTED STATUS CONFERENCE.

**COURT:** ADDRESSES COUNSEL REGARDING STATUS OF COURT'S OPINION AS TO ISSUES PENDING BEFORE THE COURT. INDICATES IS WORKING TO GET OUT SEVERAL MATTERS DURING MONTH OF MARCH, THEN HAS TRIAL COMMENCING IN EARLY APRIL, BUT WILL TRY TO ISSUE OPINION AS SOON AS POSSIBLE.

QUERIES PARTIES AS TO WHETHER THERE IS ANYTHING FURTHER THAT NEEDS TO BE DISCUSSED,

COUNSEL INDICATE THERE IS NOT.

**COURT IN RECESS: 2:04 PM**