## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

FRIENDS OF THE FLORIDAS; NEW
MEXICO WILDERNESS ALLIANCE;
WILDEARTH GUARDIANS; GILA
RESOURCES INFORMATION PROJECT and
AMIGOS BRAVOS,

        Plaintiffs,

vs.                                                             No. CIV 20-0924 JB/GBW

UNITED STATES BUREAU OF LAND
MANAGEMENT; SCOTT COOKE,[1] in his
official capacity as District Manager of the
BLM Las Cruces District Office, and DAVID
WALLACE, in his official capacity as Assistant
District Manager of the BLM Las Cruces
District Office,

        Defendants.

AMERICAN MAGNESIUM, LLC

        Defendant-Intervenor.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed

August 27, 2024 (Doc. 64)("MOO").  In the MOO, the Court grants in part and denies in part the

relief that the Plaintiffs request in the First Amended Petition for Review of Agency Action, filed

June 9, 2021 (Doc. 18), and remands this case to the Bureau of Land Management Las Cruces

District Office for proceedings consistent with the MOO.  See MOO at 226.  Accordingly, having

disposed of all issues, claims, and parties before the Court, the Court now enters Final Judgment.

---

[1]Pursuant to rule 25(d) of the Federal Rules of Civil Procedure, Scott Cooke is
automatically substituted for former Defendant William Childress.  See Fed. R. Civ. P. 25(d).

**IT IS ORDERED** that: (i) the American Magnesium Foothill Dolomite Mine Project Environmental Assessment (dated July 2020)(AR 0000000014-0000000099), and Finding of No Significant Impact (dated July 21, 2020)(AR 000000002-0000000013), are remanded to the Bureau of Land Management Las Cruces District Office to remedy the Environmental Assessment's inadequate indirect impacts analysis related to the Processing Mill's water quality impacts; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Sally A. Paez
New Mexico Wilderness Alliance
Santa Fe, New Mexico

-- and --

Samantha M. Ruscavage-Barz
WildEarth Guardians
Santa Fe, New Mexico

-- and --

Roger Flynn
Western Mining Action Project
Lyons, Colorado

*Attorneys for the Plaintiffs*

Todd S. Kim
   Assistant Attorney General for the Environment and Natural Resources Division
Shannon Boylan
Leilani Doktor
   Trial Attorneys
Natural Resources Section
United States Department of Justice, Environment & Natural Resources Division

Washington, D.C.

-- and --

Andrew A. Smith
  Senior Trial Attorney
Natural Resources Section
United States Department of Justice, Environment & Natural Resources Division
Albuquerque, New Mexico

    *Attorneys for the Defendants*

Pete Domenici, Jr.
Lorraine Hollingsworth
Domenici Law Firm, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendant-Intervenor*