**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

|  |  |
|---|---|
| FRIENDS OF THE FLORIDAS; NEW MEXICO WILDERNESS ALLIANCE; WILDEARTH GUARDIANS; GILA RESOURCES INFORMATION PROJECT; AMIGOS BRAVOS; | )<br>)<br>)<br>)<br>)   Case No.: 2:20-cv-00924-JB-GBW<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| UNITED STATES BUREAU OF LAND MANAGEMENT; *et al*.; | )<br>)<br>) |
| Defendants. | )<br>) |
| AMERCIAN MAGNESIUM; | )<br>) |
| Defendant-Intervenor. | )<br>) |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiffs Friends of the Floridas, New Mexico Wilderness Alliance, WildEarth Guardians, Gila Resources Information Project, and Amigos Bravos, hereby file this notice of its appeal to the United States Court of Appeals for the Tenth Circuit of this Court's August 27, 2024 Memorandum Opinion and Order, ECF # 64, and August 30, 2024 Judgment, ECF # 65.

This notice of appeal is filed within 14 days after the date (October 29, 2024) that Federal Defendants filed their notice of appeal in this case (ECF # 66), and therefore is timely pursuant to Fed. R. App. P. 4(a)(3).

Respectfully submitted this 8th day of November, 2024.

*/s/ Sally A. Paez*
Sally A. Paez (NM Bar #26215)
NEW MEXICO WILDERNESS ALLIANCE
P.O. Box 25464
Albuquerque, NM 87125
(505) 843-8696
sally@nmwild.org

*/s/ Roger Flynn*
Roger Flynn (Colorado Bar # 21078)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

*/s/ Samantha Ruscavage-Barz*
Samantha Ruscavage-Barz (NM Bar # 23276)
WILDEARTH GUARDIANS
301 N. Guadalupe St., Ste. 201
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorneys for Petitioners/Plaintiffs*

<u>Certificate of Service</u>

I, Sally A. Paez, hereby attest that I served all parties in this case with the foregoing, by submitting it via this Court's ECF filing system, this 8th day of November, 2024.

*/s/ Sally A. Paez*